UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERGREEN MEDIA HOLDINGS, LLC and TONY DEROSA-GRUND | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:14-CV-00793 ("Senior Case") |
| WARNER BROS. ENTERTAINMENT, INC. and NEW LINE PRODUCTIONS, INC. | § § § § § | |
| Defendants. | § | |

*Consolidated with*

| | | |
|---|---|---|
| EVERGREEN MEDIA HOLDINGS, LLC, TONY DEROSA-GRUND, and GERALD D. BRITTLE, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:14-CV-01117 ("Junior Case") |
| LORRAINE WARREN, TONY SPERA, GRAYMALKIN MEDIA, LLC, NEW LINE PRODUCTIONS, INC., and WARNER BROS. ENTERTAINMENT, INC., | § § § § § § | |
| Defendants. | § | |

## **DEFENDANTS LORRAINE WARREN'S AND TONY SPERA'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendants Lorraine Warren and Tony Spera state that the following persons and entities have a financial interest in the outcome of this litigation:

1. Plaintiff Evergreen Media Holdings, LLC

2. Plaintiff Tony Derosa-Grund

1

3. Plaintiff Gerald D. Brittle

4. Defendant Lorraine Warren

5. Defendant Tony Spera

6. Defendant Graymalkin Media, LLC

7. Defendant New Line Productions, Inc.

8. Defendant Warner Bros. Entertainment, Inc.

9. <u>Time Warner Inc.</u> Defendants Warner Bros. Entertainment, Inc. and New Line Productions, Inc. are wholly-owned subsidiaries of Time Warner Inc., a publicly traded Delaware corporation.

Respectfully submitted on this 21st day of July, 2014.

    Respectfully Submitted,

    JACKSON WALKER L.L.P.

    */s/ Charles L. Babcock*
    Charles L. "Chip" Babcock
    State Bar No. 01479500
    S.D. ID # 10982
    *Attorney-in-Charge*
    cbabcock@jw.com
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax
    **ATTORNEYS FOR DEFENDANTS WARNER BROS. ENTERTAINMENT, INC., NEW LINE PRODUCTIONS, INC., TONY SPERA, AND LORRAINE WARREN**

**OF COUNSEL:**

JACKSON WALKER L.L.P.

Courtney T. Carlson
State Bar No. 24065004
S.D. ID # 1115579
ccarlson@jw.com
1401 McKinney, Suite 1900
Houston, Texas  77010
(713) 752-4200
(713) 752-4221 – Fax

## CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2014, a copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System, which will provide electronic notification of its filing to all counsel who have appeared in this action.

    */s/ Charles L. Babcock*
    Charles L. Babcock