UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERGREEN MEDIA HOLDINGS, LLC, and TONY DEROSA-GRUND<br>　　*Plaintiffs,*<br>v.<br><br>WARNER BROS. ENTERTAINMENT, INC. and NEW LINE PRODUCTIONS, INC.<br>　　*Defendants* | § § § § § § § § § | Civil Action No. 4:14-cv-00793<br>(SENIOR CASE) |
| EVERGREEN MEDIA HOLDINGS, LLC, TONY DEROSA-GRUND, and GERALD D. BRITTLE,<br>　　Plaintiffs,<br>v.<br><br>LORRAINE WARREN, TONY SPERA, GRAYMALKIN MEDIA, LLC, NEW LINE PRODUCTIONS, INC., and WARNER BROS. ENTERTAINMENT, INC.,<br>　　Defendants. | § § § § § § § § § § § § | Civil Action No. 4:14-cv-01117<br>(JUNIOR CASE) |

## PLAINTIFFS' NOTICE OF DISMISSAL OF THE JUNIOR CASE (CIVIL ACTION NO. 4:14-CV-01117)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Evergreen Media Holdings, LLC, Tony DeRosa-Grund and Gerald D. Brittle (collectively, "Plaintiffs") hereby dismiss all causes of action in Civil Action No. 4:14-cv-01117 (the "Junior Case"), **without prejudice**.

This Notice of Dismissal is filed as of right pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), which provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." None of the Defendants in the Junior Case have filed an answer or a motion for summary judgment.

This dismissal of the causes of action in the Junior Case is without prejudice, including without prejudice to the re-filing of any of Plaintiffs' causes of actions against the Defendants, and for any other claim that Plaintiffs have, known or unknown, against Defendants.

                                Respectfully submitted,

                                By:     /s/ Sanford L. Dow
                                      Sanford L. Dow
                                      S.D. Texas No. 17162
                                      Texas Bar No. 00787392
                                      Nine Greenway Plaza, Suite 500
                                      Houston, Texas 77046
                                      (713) 526-3700/FAX (713) 526-3750
                                      dow@dowgolub.com

                              ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:
DOW GOLUB REMELS & BEVERLY, LLP
Stephanie A. Hamm
S.D. Texas No. 108779
Texas Bar No. 24069841
Nine Greenway Plaza, Suite 500
Houston, Texas 77046
(713) 526-3700/FAX (713) 526-3750
sahamm@dowgolub.com

GRIMES LLC
Charles W. Grimes - Connecticut Juris No. 304368
(admitted pro hac vice to S.D. Texas)
grimes@gandb.com
Michael R. Patrick - Connecticut Juris. No. 423632
(admitted pro hac vice to S.D. Texas)
patrick@gandb.com
488 Main Avenue
Norwalk, Connecticut 06851
Tel: (203) 849-8300/FAX: (203) 849-9300

## **CERTIFICATE OF SERVICE**

On July 25, 2014, I electronically submitted the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of Texas using the electronic case filing system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by Federal Rule of Civil Procedures 5(b)(2).

By: /s/ Stephanie A. Hamm
Stephanie A. Hamm