# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| EVERGREEN MEDIA HOLDINGS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-14-0793 |
| WARNER BROTHERS ENTERTAINMENT, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Defendants New Line Productions, Inc. and Warner Bros. Entertainment, Inc. have moved to dismiss or stay in favor of ongoing arbitration, or, in the alternative, transfer venue. (Docket Entry No. 8). Their motion to dismiss, (Docket Entry No. 8), is granted. An opinion setting out the specific grounds and stating the reasons for these rulings will be separately issued.

SIGNED on October 28, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge