IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERGREEN MEDIA HOLDINGS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-0793 |
| | § | (Related Case No. H-14-1117) |
| WARNER BROTHERS ENTERTAINMENT, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Opinion of today's date, this civil action and the related case, No. H-14-1117, are dismissed in favor of arbitration.

SIGNED on November 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge